| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Maha Laxmi II Corp.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **14-1832427** |

| | | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| **4.** | **Debtor's address** | **17 Old Gick Road** **Saratoga Springs, NY 12866** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saratoga** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Maha Laxmi II Corp.**    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor  **Maha Laxmi II Corp.**                                                                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Maha Laxmi II Corp.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 11, 2021**
MM / DD / YYYY

X **/s/ Niral Patel**          **Niral Patel**
Signature of authorized representative of debtor          Printed name

Title **Secretary**

**18. Signature of attorney**

X **/s/ Justin A. Heller**          Date **January 11, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Justin A. Heller**
Printed name

**Nolan Heller Kauffman LLP**
Firm name

**80 State Street, 11th Floor**
**Albany, NY 12207**
Number, Street, City, State & ZIP Code

Contact phone **518-449-3300**      Email address **jheller@nhkllp.com**

**103632 NY**
Bar number and State

Debtor **Maha Laxmi II Corp.**
      Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Ambica M&J Two LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Northern** | When | **1/11/21** | Case number, if known | **21-10014** |
| Debtor | **Jagdamba II Corp.** | | | Relationship to you | **Affiliate** |
| District | **Northern** | When | **1/11/21** | Case number, if known | **21-10015** |

**Fill in this information to identify the case:**

Debtor name    **Maha Laxmi II Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2021**          X **/s/ Niral Patel**
                                             Signature of individual signing on behalf of debtor

                                             **Niral Patel**
                                             Printed name

                                             **Secretary**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Maha Laxmi II Corp.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 2904 Route 130 Delran NJ LLC 4280 Professional Center Drive Palm Beach Gardens, FL 33410 | | | Unliquidated | | | $0.00 |
| Adirondack Trust Company 473 Broadway Saratoga Springs, NY 12866 | | | | | | $110,300.00 |
| Bank United 7765 NW 148th Street, Building 2 Miami Lakes, FL 33016 | | | | | | $2,500,000.00 |
| Choice Hotels International P.O. Box 99992 Chicago, IL 60696-7792 | | | | | | $107,193.69 |
| Culligan of Scotia 1 Culligan Drive Schenectady, NY 12302 | | | | | | $3,047.58 |
| HD Supply PO Box 509058 San Diego, CA 92150-9058 | | | | | | $6,794.80 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| National Grid 300 Erie Blvd East Syracuse, NY 13202 | | | | | | $45,120.40 |

Debtor **Maha Laxmi II Corp.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **North Country Janitorial**<br>188 Dix Avenue<br>Glens Falls, NY 12801 | | | | | | $1,007.43 |
| **NYS Department of Tax & Finance**<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | | | | $7,898.40 |
| **Peter Shabat**<br>65 South Street<br>Glens Falls, NY 12801 | | 15-17 Old Gick Road<br>Saratoga Springs, New York 12866 | | $600,000.00 | Unknown | Unknown |
| **Saratoga County Treasurer**<br>40 McMaster Street<br>Ballston Spa, NY 12020 | | | | | | $0.00 |
| **SDI Matto JV HoldCo LLC**<br>2600 Douglas Road, Suite 901<br>Coral Gables, FL 33134 | | 15-17 Old Gick Road<br>Saratoga Springs, New York 12866 | | $9,167,993.76 | Unknown | Unknown |
| **Spectrum**<br>P.O. Box 70872<br>Charlotte, NC 28272 | | | | | | $15,833.15 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

**Fill in this information to identify the case:**

Debtor name: **Maha Laxmi II Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Peter Shabat**<br>Creditor's Name<br><br>**65 South Street**<br>**Glens Falls, NY 12801**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. SDI Matto JV HoldCo LLC**<br>**2. Peter Shabat** | **Describe debtor's property that is subject to a lien**<br>**15-17 Old Gick Road**<br>**Saratoga Springs, New York 12866**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600,000.00 | Unknown |
| **2.2** **SDI Matto JV HoldCo LLC**<br>Creditor's Name<br><br>**2600 Douglas Road, Suite 901**<br>**Coral Gables, FL 33134**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**15-17 Old Gick Road**<br>**Saratoga Springs, New York 12866**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $9,167,993.76 | Unknown |

| Debtor | Maha Laxmi II Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $9,767,993.76

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stuart F. Klein, Esq.**<br>**Bond Schoeneck & King**<br>**22 Corporate Woods Blvd, Suite 501**<br>**Albany, NY 12211** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name: **Maha Laxmi II Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: **Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br><br>Basis for the claim:<br>Is the claim subject to offset?<br>☒ No  ☐ Yes | **Unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address: **NYS Department of Tax & Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br><br>Basis for the claim:<br>Is the claim subject to offset?<br>☒ No  ☐ Yes | **$7,898.40** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| Debtor | **Maha Laxmi II Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**2904 Route 130 Delran NJ LLC**<br>**4280 Professional Center Drive**<br>**Palm Beach Gardens, FL 33410**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Adirondack Trust Company**<br>**473 Broadway**<br>**Saratoga Springs, NY 12866**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$110,300.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bank United**<br>**7765 NW 148th Street, Building 2**<br>**Miami Lakes, FL 33016**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,500,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Choice Hotels International**<br>**P.O. Box 99992**<br>**Chicago, IL 60696-7792**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$107,193.69** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Scotia**<br>**1 Culligan Drive**<br>**Schenectady, NY 12302**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,047.58** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**HD Supply**<br>**PO Box 509058**<br>**San Diego, CA 92150-9058**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,794.80** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**National Grid**<br>**300 Erie Blvd East**<br>**Syracuse, NY 13202**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$45,120.40** |

| Debtor | **Maha Laxmi II Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,007.43** |
|---|---|---|---|
| | **North Country Janitorial** <br> **188 Dix Avenue** <br> **Glens Falls, NY 12801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | Basis for the claim:  _ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Saratoga County Treasurer** <br> **40 McMaster Street** <br> **Ballston Spa, NY 12020** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | Basis for the claim:  _ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,833.15** |
|---|---|---|---|
| | **Spectrum** <br> **P.O. Box 70872** <br> **Charlotte, NC 28272** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | Basis for the claim:  _ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christopher E. Buckey, Esq.** <br> **Cullen and Dykman LLP** <br> **80 State Street, Suite 900** <br> **Albany, NY 12207** | Line  **3.2** <br> ☐ Not listed. Explain  ____ | _ |
| 4.2 | **Jennifer L. Silvestro, Esq.** <br> **Lazer, Aptheker, Rosella & Yedid, P.C.** <br> **225 Old Country Road** <br> **Melville, NY 11747** | Line  **3.3** <br> ☐ Not listed. Explain  ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **7,898.40** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,789,297.05** |
| **5c. Total of Parts 1 and 2** <br>    Lines 5a + 5b = 5c. | 5c. | $ | **2,797,195.45** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re  **Maha Laxmi II Corp.**  ,

Debtor

Case No.

Chapter  **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**14-1832427**

## CERTIFICATION OF MAILING MATRIX

I,(we), **Justin A. Heller**, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  **January 11, 2021**

**/s/ Justin A. Heller**
**Justin A. Heller**
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

2904 Route 130 Delran NJ LLC
4280 Professional Center Drive
Palm Beach Gardens, FL 33410


Adirondack Trust Company
473 Broadway
Saratoga Springs, NY 12866


Bank United
7765 NW 148th Street, Building 2
Miami Lakes, FL 33016


Choice Hotels International
P.O. Box 99992
Chicago, IL 60696-7792


Christopher E. Buckey, Esq.
Cullen and Dykman LLP
80 State Street, Suite 900
Albany, NY 12207


Culligan of Scotia
1 Culligan Drive
Schenectady, NY 12302


HD Supply
PO Box 509058
San Diego, CA 92150-9058


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer L. Silvestro, Esq.
Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, NY 11747


National Grid
300 Erie Blvd East
Syracuse, NY 13202


North Country Janitorial
188 Dix Avenue
Glens Falls, NY 12801

```
NYS Department of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


Peter Shabat
65 South Street
Glens Falls, NY 12801


Saratoga County Treasurer
40 McMaster Street
Ballston Spa, NY 12020


SDI Matto JV HoldCo LLC
2600 Douglas Road, Suite 901
Coral Gables, FL 33134


Spectrum
P.O. Box 70872
Charlotte, NC 28272


Stuart F. Klein, Esq.
Bond Schoeneck & King
22 Corporate Woods Blvd, Suite 501
Albany, NY 12211
```

# United States Bankruptcy Court
## Northern District of New York

In re  **Maha Laxmi II Corp.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Maha Laxmi II Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 11, 2021**  
Date

/s/ Justin A. Heller  
**Justin A. Heller**  
Signature of Attorney or Litigant  
Counsel for **Maha Laxmi II Corp.**  
Nolan Heller Kauffman LLP  
80 State Street, 11th Floor  
Albany, NY 12207  
518-449-3300 Fax:518-432-3123  
jheller@nhkllp.com